**THE WESTON FIRM**
GREGORY S. WESTON (239944)
JACK FITZGERALD (257370)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com
jack@westonfirm.com

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK (233743)
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: (305) 789-0072
Facsimile: (786) 664-3334
jared@beckandlee.com

***Attorneys for Relator***
***Herengracht Group LLC***

FILED
2010 MAY 28 PM 12:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERENGRACHT GROUP LLC, Relator<br>v.<br>THE STIKKIWORKS COMPANY, Defendant. | '10 CV 1161 H MMA BGS<br>Case No. ______<br><br>**COMPLAINT FOR FALSE PATENT MARKING**<br><br>**JURY TRIAL DEMANDED** |

*Qui tam* relator HERENGRACHT GROUP LLC ("HERENGRACHT"), for its Complaint against Defendant THE STIKKIWORKS COMPANY ("STIKKIWORKS"), upon information and belief and investigation of counsel alleges as follows:

## NATURE OF THE CASE

1. This is an action for false patent marking under Title 35, Section 292, of the United States Code.

2. Defendant STIKKIWORKS has violated 35 U.S.C. § 292(a) by marking unpatented articles with the purpose of deceiving the public.

3. HERENGRACHT seeks an award of monetary damages against STIKKIWORKS, one-half of which shall be paid to the United States pursuant to 35 U.S.C. § 292(b), as well as attorneys' fees and costs pursuant to 35 U.S.C. § 285.

## THE PARTIES

4. Herengracht Group LLC is a Nevada limited liability corporation with its principal place of business in Miami, Florida. HERENGRACHT represents the interests of otherwise unrepresented parties (e.g., consumers) against various misuses of patents and the patent system by commercial entities.

5. The Stikkiworks Company is an Illinois corporation with its principle place of business at 1957 Quincy Court, Glendale Heights, Illinois 60139-2045.

## JURISDICTION, VENUE, AND STANDING

6. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a).

7. Venue is proper in this District under 28 U.S.C. §§ 1391(c) and 1395(a) because, at least in part, STIKKIWORKS' products, the subject matter of this cause of action, are offered for sale and sold in various retail stores in this District.

8. HERENGRACHT brings this action under 35 U.S.C. § 292(b), which provides that any person may sue for civil monetary penalties for false patent marking.

## STIKKIWORKS FALSELY MARKED PRODUCTS

9. STIKKIWORKS has in the past manufactured and marketed (or caused to be manufactured and marketed) and presently manufactures and markets (or causes to be

manufactured and marketed) adhesive products for sale to the general consuming public.

10. STIKKIWORKS has in the past marked (or caused to be marked) and presently marks (or causes to be marked) products with the numbers of expired patents and/or the numbers of patents having scopes which do not cover the marked products, at least with respect to the following products (directly or on the packaging thereof): StikkiClips White (10 Pack); StikkiClips White (20 Pack); StikkiClips White (30 Pack); StikkiClips Black (10 Pack); StikkiClips Black (20 Pack); StikkiClips Black (30 Pack); StikkiClips Neon Orange (10 Pack); StikkiClips Neon Orange (20 Pack); StikkiClips Neon Orange (30 Pack); StikkiClips Neon Yellow (10 Pack); StikkiClips Neon Yellow (20 Pack); StikkiClips Neon Yellow (30 Pack); StikkiClips Neon Pink (10 Pack); StikkiClips Neon Pink (20 Pack); StikkiClips Neon Pink (30 Pack); StikkiClips Red (10 Pack); StikkiClips Red (20 Pack); StikkiClips Red (30 Pack); StikkiClips Green (10 Pack); StikkiClips Green (20 Pack); StikkiClips Green (30 Pack); StikkiClips Blue (10 Pack); StikkiClips Blue (20 Pack); StikkiClips Blue (30 Pack); StikkiClips Yellow (10 Pack); StikkiClips Yellow (20 Pack); StikkiClips Yellow (30 Pack); StikkiClips Almond (10 Pack); StikkiClips Almond (20 Pack); StikkiClips Almond (30 Pack); StikkiClips Beige (10 Pack); StikkiClips Beige (20 Pack); StikkiClips Beige (30 Pack); StikkiClips Taupe (10 Pack); StikkiClips Taupe (20 Pack); StikkiClips Taupe (30 Pack); StikkiClips Light Grey (10 Pack); StikkiClips Light Grey (20 Pack); StikkiClips Light Grey (30 Pack); StikkiClips Dark Grey (10 Pack); StikkiClips Dark Grey (20 Pack); StikkiClips Dark Grey (30 Pack); StikkiClips Burgundy (10 Pack); StikkiClips Burgundy (20 Pack); StikkiClips Burgundy (30 Pack); StikkiClips Brown (10 Pack); StikkiClips Brown (20 Pack); StikkiClips Brown (30 Pack); StikkiClips Mahagony (10 Pack); StikkiClips Mahagony (20 Pack); StikkiClips Mahagony (30 Pack); StikkiClip Shapes (Smiley Face); StikkiClip Shapes (Apple); StikkiClip Shapes (Computer); StikkiClip Shapes (Heart); StikkiClip Shapes (Telephone); StikkiClip Shapes (Arrow); StikkiClip Shapes (Teddy Bears - Beige); StikkiClip Shapes (Teddy Bears – Light Blue); StikkiClip Shapes (Teddy Bears - Pink); StikkiClip Shapes (Cats - White); StikkiClip Shapes (Cats – Light Grey); StikkiClip Shapes (Cats - Black); StikkiClip Shapes (Dogs - White); StikkiClip Shapes (Dogs - Beige); StikkiClip Shapes (Dogs – Brown); StikkiClip Shapes

<u>(Snowman)</u>; <u>StikkiClip Shapes (X-Mas Tree)</u>; <u>StikkiClip Shapes (Houses - White)</u>; <u>StikkiClip Shapes (Houses – Light Grey)</u>; <u>StikkiClip Shapes (Stars - Red)</u>; <u>StikkiClip Shapes (Stars - White)</u>; <u>StikkiClip Shapes (Stars - Blue)</u>; <u>StikkiClip Shapes (Stars - Silver)</u>; <u>StikkiClip Shapes (Stars - Gold)</u>; <u>StikkiClip Shapes (Apple)</u>; <u>StikkiClip Shapes (Squares - White)</u>; <u>StikkiClip Shapes (Squares - Blue)</u>; <u>StikkiClip Shapes (Triangles - White)</u>; <u>StikkiClip Shapes (Triangles - Yellow)</u>; <u>StikkiClip Shapes (Cross)</u>; <u>StikkiClip Shapes (Ribbon)</u>; <u>StikkiWax (6 Pack)</u>; <u>StikkiWax (12 Pack)</u>; <u>StikkiWax (Individually Wrapped Bars)</u>; <u>StikkiWax (Individual Cubes)</u>; <u>StikkiWax (Dots)</u>; <u>StikkiHooks (4 Pack - White)</u>; <u>StikkiHooks (4 Pack - Almond)</u>; <u>StikkiHooks (4 Pack – Light Grey)</u>; and <u>StikkiHooks (4 Pack - Brown)</u> (collectively, the **"StikkiWorks Products"**).

11. The StikkiWorks Products are marked with one or more of the following U.S. Patent Nos.: (a) 3,102, 634; (b) 3,165,283; and (c) 3,309,052.

12. Patent No. 3,102,634 expired on September 3, 1983 (see <u>Exhibit A</u>).

13. Patent No. 3,165,283 expired on July 22, 1983 (see <u>Exhibit B</u>).

14. Patent No. 3,309,052 expired on January 17, 1986 (see <u>Exhibit C</u>).

15. For example:

- **<u>StikkiClips (20 Pack - White)</u>** is marked "U.S. Patent 3,309,052 – 3,165,283."



- **<u>StikkiClips (30 Pack - White)</u>** is marked "U.S. Patent 3,309,052 – 3,165,283."




- **<u>StikkiClips (10 Pack - Blue)</u>** is marked "U.S. Patent 3,309,052 – 3,165,283."




//

//

//

//

//

//

- **<u>StikkiClip Shapes (Apple)</u>** is marked "U.S. Patent 3,309,052 – 3,165,283."




- **<u>StikkiWax (6 Pack)</u>** is marked "U.S. Patent 3,102,634."




//

//

//

//

//

//

- **StikkiWax (12 Pack)** is marked "U.S. Patent 3,102,634."




- **StikkiHooks (4-Pack White)** is marked "U.S. Patent 3,309,052 – 3,165,283."




16. The packaging of the StikkiWorks Products are marked with copyright dates well after the expiration of the marked patents, and as late as 2009, indicating that STIKKIWORKS contemplated the contents of the packaging for the StikkiWorks Products and purposefully chose to mark the StikkWorks Products with the expired patents at least as late as such copyright dates.

17. Moreover, STIKKIWORKS relies on the once-patented, and purportedly unique properties of the StikkiWorks Products, to gain a competitive advantage. For example,

STIKKIWORKS' website says that the adhesive used in the StikkiWorks Products is "superior to ALL other reusable adhesives because it is the ONLY reusable adhesive that is NOT a plastic putty," and states that the company's wax formula is "unique." Such claims relate to the claims embodied in the expired and falsely-marked patents.

## CAUSE OF ACTION FOR FALSE PATENT MARKING

18. HERENGRACHT repeats, realleges, and incorporates by reference each and every paragraph above as if set forth fully herein.

19. When a patent expires, all monopoly rights in the patent terminate irrevocably. Therefore, a product marked with an expired patent is not currently patented by such expired patent.

20. STIKKIWORKS is a sophisticated company which has many decades of experience with applying for, obtaining, licensing, and litigating patents, and knows (itself or by its representatives or agents), at least constructively, that patents expire (i.e., that they do not have an indefinite duration).

21. STIKKIWORKS knows, or at least should know (itself or by its representatives or agents), that the patents marked on the StikkiWorks Products as described in paragraphs 11-15 above are expired.

22. Because all monopoly rights in an expired patent have terminated, STIKKIWORKS cannot have any reasonable belief that the StikkiWorks Products are covered by the expired patents.

23. For the reasons set forth herein, STIKKIWORKS has "falsely marked" the StikkiWorks Products with the intent to deceive the public, in violation of 35 U.S.C. § 292(a).

## DAMAGES

24. The expired patents marked on the StikkiWorks Products are likely to, or at least have the potential to, discourage or deter each person or company (itself or by its representatives or agents) that views them from commercializing competing products.

25. STIKKIWORKS' marking of its products with the numbers of expired patents as described above and/or as will be later evidenced, has wrongfully quelled competition with

respect to such products to an immeasurable extent thereby causing harm to consumers and the United States in an amount which cannot be readily determined.

26. At least for the reasons set forth herein, STIKKIWORKS has wrongfully and illegally advertised patent monopolies which it does not possess and, as a result, has likely benefited in at least maintaining its market share with respect to the herein described products in the market place.

27. For at least the reasons provided herein, and/or for other reasons which will be later evidenced, each expired patent which is marked on a product and/or each patent which is marked on a product that has a scope that does not cover the product on which it is marked (directly or on the packaging thereof) likely, or at least potentially, contributes to the public harm. Therefore, each expired patent marked on a product and/or each patent which is marked on a product that has a scope that does not cover the product on which it is marked (directly or on the packaging thereof) (e.g., each "article"—that is, each product or package sold in a retail store), is a separate "offense" pursuant to 35 U.S.C. § 292(a).

## PRAYER FOR RELIEF

WHEREFORE, HERENGRACHT requests this Court, pursuant to 35 U.S.C. § 292 to:

A. Enter judgment against STIKKIWORKS and in favor of HERENGRACHT for the violations alleged in the Complaint;

B. Order STIKKIWORKS to pay a civil monetary fine of $500 per false marking "offense," or an alternative amount as determined by the Court, one-half of which shall be paid to the United States;

C. Order STIKKIWORKS to pay HERENGRACHT'S attorneys fees pursuant to 35 U.S.C. § 285;

D. Grant HERENGRACHT such other and further relief as the Court may deem just and equitable.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), HERENGRACHT hereby demands a trial by jury on all issues so triable.

Dated: May 27, 2010

Respectfully Submitted,

Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: (305) 789-0072
Facsimile: (786) 664-3334

***Attorneys for Relator Herengracht Group LLC***

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS014030
Cashier ID: bhartman
Transaction Date: 05/28/2010
Payer Name: THE WESTON FIRM PC

---

CIVIL FILING FEE
For: HERENGRACHT V STIKKIWORS
Case/Party: D-CAS-3-10-CV-001161-001
Amount: $350.00

---

CHECK
Check/Money Order Num: 174
Amt Tendered: $350.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

There will be a fee of $45.00
charged for any returned check.

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Herengracht Group LLC

**DEFENDANTS**
The Stikkiworks Company

2010 MAY 28 PM 12: 20

(b) County of Residence of First Listed Plaintiff Dade County, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) The Weston Firm
888 Turquoise St., San Diego, CA 92109 (858) 488-1672
Beck and Lee Business Trial Lawyers, 28 W. Flagler St. Suite 555, Miami, FL 33130 (305) 789-0072

Attorneys (If Known)

'10 CV 1161 H MMA BGS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ~~☒ 830 Patent~~
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 35 U.S.C. § 292 35:271
Brief description of cause: False Patent Marking

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE 5-28-10 SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 14030 AMOUNT $350 5/28/10 BH APPLYING IFP JUDGE MAG. JUDGE